

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

_____

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 22, 2007

BY FACSIMILE: (212) 805-7935

The Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
500 Pearl Street, Room 1340
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 5·29-07

     Re:    United States v. Raymond Charles Albert,
           07 Cr. 445 (JSR)

Dear Judge Rakoff:

          The Government respectfully submits this letter to request an exclusion of time under the Speedy Trial Act in the above-referenced case.

          Specifically, I have been informed by defense counsel that the initial conference in this case has been adjourned until June 4, 2007 at 12:00 p.m. The Government respectfully requests, with defense counsel's consent, that time be excluded for purposes of the Speedy Trial Act from today through and including June 4, 2007. The Government makes this request in order to permit the Government to collect and produce discovery and to provide the defendant an

*Denied. This is too mundane a situation to warrant exclusion under § 3161(h)(8), as requested by the Government.*

*SO ORDERED*

*US DJ*

*5-29-07*

Hon. Jed S. Rakoff
May 22, 2007
Page 2


opportunity both to review discovery and to consider a possible disposition of the case.
Therefore, the ends of justice served by excluding time under the Speedy Trial Act outweigh the
best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(8).


                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

                    By:

                              Avi Weitzman
                              Assistant U.S. Attorney
                              (212) 637-1205


Enc.
cc:     Susan C. Wolfe, Esq. (by facsimile: 212-679-1844)
        Attorney for Defendant