UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                - v. -

**<u>NOTICE OF DEFENDANT'S MOTION TO SUPPRESS</u>**

07 Cr. 445 (JSR)

RAYMOND CHARLES ALBERT,
                        Defendant.
------------------------------------------------------------------X

      PLEASE TAKE NOTICE that based on the annexed affirmation by Edward V. Sapone, Esq., dated July 23, 2007, and all the documents and proceedings in this case, Edward V. Sapone, counsel for Defendant Raymond Charles Albert, respectfully moves this Honorable Court for an order:

      (1) directing that all pre-<u>Mirandized</u> statements made by Mr. Albert, and all fruits thereof, be suppressed; and

      (2) directing that all post-<u>Mirandized</u> statements made by Mr. Albert and all fruits thereof, be suppressed; or in the alternative,

      (3) permitting a hearing to be conducted to determine whether pre-warning and post-warning statements made by Mr. Albert should be suppressed; and

      (4) permitting a hearing to be conducted to determine whether Mr. Albert's presentment before a Court was unreasonable, and as such whether statements made during Mr. Albert's pre-presentment delay should be suppressed because they were involuntary as a matter of law; and

      (5) granting any additional relief this Court may deem just and proper.

Dated:  New York, New York
          July 23, 2007

Respectfully submitted,

_____/s/_____
Edward V. Sapone (ES-2553)
Law Offices of Edward V. Sapone
Attorney for Defendant
Raymond Charles Albert
One Penn Plaza, Suite 5315
New York, New York 10119
(212) 974-0600

To:   Clerk of the Court
      United States District Court
      Southern District of New York
      500 Pearl Street
      New York, New York 10007

      Honorable Jed S. Rakoff
      United States District Judge
      United States District Court
      Southern District of New York
      500 Pearl Street
      New York, New York 10007

cc:   Avi Weitzman, Esq.
      Assistant United States Attorney
      United States Attorney's Office
      Southern District of New York
      One Saint Andrew's Plaza
      New York, New York 10007