```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA        :
         - v. -                 :          WAIVER OF INDICTMENT
                                :
RAYMOND CHARLES ALBERT,         :          S1 07 Cr. 445 (JSR)
                                :
              Defendant.        :
                                :
- - - - - - - - - - - - - - - - x
```

  The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
RAYMOND CHARLES ALBERT

_____
Edward V. Sapone, Esq.
Attorney for Raymond Charles Albert

Witness: _____

Date: New York, New York
   August 27, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

AUG 27 2007