UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                  07 Cr. 445 (JSR)

      - v. -

                                                                     <u>**ORDER**</u>

RAYMOND CHARLES ALBERT,
                          Defendant.
------------------------------------------------------------X

      IT IS HEREBY ORDERED that defendant, Raymond Charles Albert, is permitted to attend a memorial service and reception for Margarita Santiago on September 22, 2007, from 11:00 a.m. – 4:00 p.m. The memorial service will be held at Linden Hill United Methodist Cemetery, 323 Woodward Avenue, Queens, New York 11385. The reception will be held immediately following the service at Cynthia Feliciano's home, located at 664 Onderdonk Avenue, Queens, New York 11385. Mr. Albert will remain with Doris Feliciano's family at the above locations, and will return home no later than 5:00 p.m.

Dated: September 21, 2007
New York, New York

                                                                      SO ORDERED:

                                                                      Hon. Jed S. Rakoff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 9-25-07