# LAW OFFICES OF EDWARD V. SAPONE

One Penn Plaza, Suite 5315
New York, New York 10119

Telephone: (212) 974-0600
Facsimile: (212) 971-9840

*VIA FACSIMILE: (212) 805-7935*

October 5, 2007

Honorable Jed S. Rakoff
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-9-07
```

Re:   United States v. Raymond Charles Albert
      07 Cr. 445 (JSR)

Dear Judge Rakoff:

I write for Defendant Raymond Albert. Mr. Albert's aunt, Catherine Albert, just unexpectedly passed away. On Monday, October 8, the Albert family will be holding a viewing of the body (or a "wake") for family and friends to pay their last respects and engage in religious prayer services. The next day, October 9, will be the funeral burial services. We respectfully request permission for Mr. Albert to attend the wake from 6 p.m. – 9 p.m. and the funeral services from 10 a.m to 1 p.m.

As the Court may recall, Mr. Albert was arrested on May 19, 2007 and charged with participating in a conspiracy to distribute and possess with intent to distribute controlled substances in violation of Title 21 U.S.C. §§ 812, 841(a)(1), 841(b)(1)(A) and 846. He was released from custody on a PRB, and, among other restrictions, was placed on home detention with electronic monitoring. Since then, Mr. Albert has complied with all conditions and directives set forth by PTS and the Court.

→ Permission granted.
     SO ORDERED   [signature] Jed S. Rakoff
10-6-07                         USDJ

Honorable Jed S. Rakoff
Page 2
October 5, 2007

      On August 22, 2007, Mr. Albert accepted responsibility to a (b)(1)(c) narcotics offense. The Court continued Mr. Albert's release status until his sentencing hearing, which is scheduled for December 12, 2007.

      Mr. Albert shared a very close relationship with his now deceased aunt. He very much wishes to participate with his family in prayer and pay his last respects for his aunt during the wake and funeral services.

      The wake will be held on Monday from 6 p.m. – 9 p.m. at Hess Miller Funeral Home, 6419 Metropolitan Avenue, Flushing, New York 11379 from p.m. The funeral services will be held on Tuesday from approximately 10 a.m. – 1 p.m. at St. John's Cemetery, Metropolitan Avenue and Dry Harbor Road, Queens, New York 11379. Mr. Albert will remain with his family at those locations, and will return home as soon as the services end.

      We left a message for AUSA Avi Weitzman seeking his consent, and await a return telephone call.

      I appreciate the Court's consideration of this request.

                                    Respectfully submitted,

                                    Edward V. Sapone (ES-2553)
                                    Counsel to Defendant
                                    Raymond Charles Albert

cc:    AUSA Avi Weitzman
        (By facsimile to: 212-637-2387)