# LAW OFFICES OF EDWARD V. SAPONE

One Penn Plaza, Suite 5315
New York, New York 10119

Telephone: (212) 974-0600
Facsimile: (212) 258-2977 ← Doesn't work

212-971-9840

October 8, 2007

BY FACSIMILE: (212) 805-7935

Honorable Jed S. Rakoff
United States District Judge
United States District Court
United States Courthouse
500 Pearl Street, Room 1340
New York, New York 10007

[ELECTRONICALLY FILED stamp: DATE FILED: 10-9-07]

Re:  United States v. Raymond Charles Albert
     07 Cr. 445 (JSR)

Dear Judge Rakoff:

I write for Defendant Albert, following Your Honor's order granting Mr. Albert permission to attend wake and funeral services as requested in my October 5 letter.

Mr. Albert further requests permission to leave his home at 9:25 a.m. instead of 9:45 a.m. so he can attend a brief religious service at St. Bridget's Catholic Church, located at the corner of St. Nicholas Avenue and Grove Street in Ridgewood, New York. The church is a 5 minute car ride from Mr. Albert's home. He will then proceed with his family to the cemetery site outlined in my October 5 letter.

We appreciate the Court's consideration of this request. The Government takes no position concerning this request.

Respectfully submitted,

Edward V. Sapone (ES-2553)

cc: AUSA Avi Weitzman (By facsimile: 212-637-2387)

SO ORDERED

[signature]
USDJ
10-8-07