To whom it may concern,

My name is Griselda Hilerio, I work as a Cellular Communications representative. I've known Raymond Albert for the past six years. He is a very close friend to the family, and I see him as my big brother. Raymond or "Ray" like we all called him, loves to help people and is very friendly. He has a lots of friends. He is very close to his sister and her children. As a father he's a number one, he loves all three of his kids.

Sincerely,
Griselda Hilerio

November 5, 2007
The Honorable Jed S. Rakoff
Linda Bosco
74-47 64th St
Glendale, NY 11385


United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Respected Honorable Judge Rakoff

My name is Linda Bosco. I am a Child Care Provider and I am Raymond's mother's older sister. His mother and I grew up without parents of our own. While growing up and branching out on our own we began to have families of our own. We helped to raise each other's children over the years as well as our Grand children. Raymond is the oldest son in the family. At a young age Raymond took over many responsibilities such as a male role model for my 2 girls and a big brother to his siblings as well. Our family unit has grown over the years and we try to stay as close as possible through the good and bad.  Raymond has proved to be a hard worker when it comes to fixing cars, or painting homes and even helping people in our neighborhood. Ray has proven to be a rock for me. When I have been down and out Ray seems to be their to lift my spirits and make me see the positive light ahead as he has always done with our family.

Sincerely

Linda Bosco

November 6, 2007

The Honorable Jed S. Rakoff
United States District Judge
500 Pearl Street
NY, NY 10007

Dear Judge Rakoff:

My name is Stacey Albert and I am one of four of Raymond Albert's sisters. I recently moved to Florida, but I keep in close contact with him and we talk several times per week. I am employed in the real estate industry and have been living in Florida for almost two years.

My brother helps out with raising his nephews and nieces and is always willing to babysit and be a "father figure" for them. He also has three children of his own that he loves very much. He has a kind heart and is an important part of our family. I also count on him to watch over our father, who is not in the best of health, since I cannot be there myself. Thank you for your consideration of this letter.

Sincerely,

Stacey Albert

Stacey Albert

To Whom It May Concern:

My name is Doris Feliciano. I work at Nelson Air. I am an Estimator Assistant. I am Raymond Charles Albert girlfriend. I've known Raymond for 6 years and lived with him for one year. When we started dating we did not live together. Raymond and I share an apartment together now. Moving in with one another brought us together much closer. We have a great relationship. We both respect each other and understand one another. This is the man I grown to love is my better half. Raymond Albert is a very smart and loyal man. He is very responsible. He is very helpful to others and me. Raymond Albert is a great father to 3 wonderful children. He has two girls who are 14, 4 years old and one boy of 4 years old. These children depend on him and need him in their daily lives. Raymond Albert like spending time with his family. He is a family man. He makes sure that his parents are okay at all times. Even though he doesn't get to see them as often as he used to due to the situation he is in. But he always checks up on them over the phone. Raymond parents also need him due to their medical conditions. Raymond Albert is helpful to our community as well he sorts the garbage and recycle. He helps people with their car problems and who are interested in buying a car. For example there was one morning when Raymond dropped me off at work on his way back there was a lady stuck on the expressway her car wouldn't start. He noticed everyone just pass this lady and not help. He voluntarily helped this lady push her car to the side of the highway where she was safe and called a tow truck company for her. He didn't have to do that. But Raymond Albert has a very good heart. He likes to help other people. This is way I love him and need him in my life. I hope you take this letter into consideration and see how much Raymond Charles Albert is needed.

Thanks for your time in this matter,

Doris Feliciano

The Honorable Jed S. Rakoff
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

November  7, 2007

Dear Honorable Jed S. Rakoff:

My name is Melinda Cardoza, I am a mother, grandmother, housewife and employed full time in L.I.C. High School.  I am writing this letter on behalf of Raymond Charles Albert, whom of which is the father of my granddaughter Desiree' Albert.

In this time I've seen Mr. Albert grow from a young boy to a young man.  He is a loving, caring father who takes great pride in being a part of his daughter's life.  Mr. Albert is an extremely kind hearted person and it has been a pleasure to have him in our family.

Sincerely yours,

*Melinda Cardoza*
Melinda Cardoza

The Honorable Jed S. Rakoff
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

November 4, 2007

Dear Honorable Jed S. Rakoff:

My name is Deborah Sanchez, employed full time as a switchboard operator at the Pan
American Hotel. I am writing this letter on behalf of Raymond Charles Albert. I've
known Mr. Albert for 17 years, of which we share a common bond and her name is
Desiree' our 14 year old daughter.

Mr. Albert has played an active part in our daughter's life and continues to do so. He is a
great father who provides and supports his daughter, which is not always easy when two
different households are involved. Through the years he has proven himself as a dad and
as a friend.

Sincerely yours,

Deborah Sanchez

**Ms. Loriann Albert**
60-42 54th Place
Maspeth, N.Y. 11378
718-497-3631

The Honorable Jed S. Rakoff
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Dear Honorable Judge Jed S. Rakoff

My name is Loriann Albert and I am Raymond Albert's younger sister. There are six of us in the family but Ray and I are almost two years apart and are very close. We hung out together with the same friends growing up and he is my big brother, he is very protective over me and always tries to help me. I am a stay at home mom of five children, Raymond has been living with my family and when my partner died in 2001, Raymond became a mentor and father figure to my children. I depend on him a lot and try to help him as he has children too, we help each other and stress the importance of cousins and family. Ray is a big guy and when the kids don't behave I tell them "I'm going to tell Uncle Ray Ray", and they beg me not to tell on them, it's like threatening to tell their father when he comes home, that's how close the children are to him. Raymond is sensitive to the needs of our mother and father, devoted to his children and a good friend. He can make you laugh and scold you at the same time, I think that's what makes him special and easy to get along with.

Sincerely,
Loriann Albert

Roxanne Putnam
137 Berenger Walk
Royal Palm Beach, FL  33414

November 6, 2007

The Honorable Jed S. Rakoff
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

Dear Judge Rakoff:

I am writing this letter on behalf of my brother, Raymond Albert.  I live in Florida and have been employed as a legal secretary for 19 years.  Even though I live in Florida, my brother and I have a strong bond because we both realize how important family is, especially in today's world.  Raymond is a caring, kind-hearted person who goes out of his way to help others.  He is always willing to listen and truly cares about the well-being of others, especially his family.  Most recently, he helped take care of our father when he was sick and helped make funeral arrangements for our Aunt Cathy, who suddenly passed away.  He also makes sure he keeps a close eye on his nieces and nephews, because they do not have a father of their own.

Please do not hesitate to contact me at 561-386-1817 if I can provide any other information.

Sincerely,

Roxanne Putnam

Roxanne Putnam

Ruth Mejia
1701 madison st
Ridgewood NY 11385
Cell:1646-678-6297

To whom it may concern ,my reason for this letter is for the judge handling the fate of my friend Mr Raymond Albert.I"ve known him and his family for more than ten years and we will suffer a great deal if he is removed from his family for a prolonged period of time due to the fact that he is a great friend a great father and a great son he has been a great uncle to my daughters Selena and Meagan which they call uncle "Ray Ray".Personally Im going to miss him a lot because hes a good friend to me hes been there in the good times and bad times I"ve laughed with him and cried with him he was a big support system when we lost Roberto and Jayke his sister Loriann"s husband and son he held the family strong through this very difficult time.I know his children Desiree  Little Ray Ray and Kiara  also his nieces and nephews  Matt Kevin Kaitlyn Jeffrey Alice and Nicole will miss him terribly hes like a dad to his nieces and nephews.As for Carroll his mother she will be devasted because Ray is like the father in this family because his dad is ill at this time.I don't know if this letter will be of in importance in his case I just wanted to  let the judge know how important he is to us and if goes away for a long time we are going to miss him a lot because hes a great human being and most important his my friend and I love him with all my heart.

Sincerely yours,

Ruth Mejia

The Honorable Jed S. Rakoff
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

November 5, 2007

Dear Honorable Jed S. Rakoff:

My name is Desiree' Albert, I am Raymond Albert's 14 year old daughter. Currently I am a freshman at Long Island City High School. I spend as much time as I can with my father and tell him what I have been up to. Spending time with him is always an experience because he is funny and knows how to be a friend as well as my dad.

My dad has always been an important part of my life. He is there for me and helps keep me focused on being all I can be to become a successful young lady. He always shows interest in all I do, and tries to be very understanding even when it comes to every dad's nightmare about hearing talk of boys. Even though sometimes he doesn't agree with what I want to do in life he still puts effort in trying to help me understand which direction I should follow.

Sincerely yours,

Desiree' Albert

# Toni Lynn Bosco
## 72-31 67th St
## Glendale, Ny 11385

November 5, 2007
The Honorable Jed S. Rakoff
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Respected Honorable Judge Rakoff

My name is Toni Lynn Bosco. I am a Registered Medical Assistant currently working for the Queens Long Island Medical Group. I have two children Alyssa age 10 and Andy age 9. Raymond Albert is my first cousin and I have known him for 30 years. He is a very caring, loving, and generous person. Raymond has had a strong influence over both of my children. Being a single mother, he has helped me in raising my 2 children. He has been an excellent role model for them. While he does various side jobs, he has taken my son to paint with him on many occassions in which they have both enjoyed together sharing quite a few paint fights. Ray is a hard worker and when he can incorporate his family into what he is doing it is great for everyone involved. He helps with their homework, attends school trips with them and takes them to the park to have fun. Even though he is their cousin they call him uncle Ray Ray because he is so much more to them. My son has been most influence by him in that he has greatly improved in school due to Raymond's guidance and love. He is such an important part of our lives. My daughter Alyssa says he is like having another mommy only that he is a man. Raymond is that important to our family. Through good times and bad, Raymond has always been the glue that has kept us together.

Sincerely

Toni Lynn Bosco, RMA

Brenda Arocho
14-40 28th Avenue
Astoria, NY 11102
718-932-7362

November 8, 2007

The Honorable Jed S. Rakoff
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Honorable Jed S. Rakoff:

My name is Brenda Arocho; I am employed full time with the Department of Education as an Accounts Payable Secretary. I have been an employee of good standings for eight years with the Department of Education. Before that, I worked at BMG Entertainment as an Executive Secretary. My letter today is written on behalf of Raymond Charles Albert.

Raymond and I have been friends for seventeen years. We met each other from mutual friends in the neighborhood and became very good friends. Raymond was a shy quiet young man who always had everyone's best interest at heart. He would always watch over us like a big brother. Raymond was also my brother-in-law for 8 years and is the father of my niece and god daughter Desiree' Alice Albert. Until this day Raymond is a part of my family, my family respects and adores Raymond tremendously.

My children refer to Raymond as "Uncle Ray". Raymond is a very positive, active roll model in their lives. Raymond tries his hardest to encourage and support them in every way. As far as I'm concerned Raymond will always be my brother-in-law and an active part of my family.

Sincerely,

Brenda Arocho
Brenda Arocho

**EDWIN GOULD**  40 Rector St. 12th Floor N.Y. 10006
(212) 437-3500 Ext. 815

 **SERVICES**

# FOR CHILDREN AND FAMILIES

November 9, 2007

To Whom It May Concern:

I am writing this letter on behalf of Raymond Albert. Mr. Albert and I have been friends for approximately 5yrs, and in the time that I've known him he has been an extremely supportive and caring friend, and a great mentor to some of the teens in my organization.

Mr. Albert has been a wonderful friend when I've needed one the most, but above all he has assisted me with a few of our troubled kids. Being that he comes from a troubled background himself the older boys tend to relate to Ray and respect his approach towards them. They really listen to what he has to say's and the few that he keeps in contact with have made some improvement with behavior at home, school and with their academic studies as well.

The fact that he takes time out of his day to help me with teens whom he has no relation to shows his great character and big heart, and I believe that given an opportunity Mr. Albert can be a great influence to a lot of teens and a great leader in society.

Thank you for your time. If you have any questions feel free to call me at the number listed above.

Very truly yours,

Ms. Brenda Rosado
Case Worker



**NCS**
Community Development
Corporation

November.09, 2007

The Honorable Jed S. Rakoff
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

To Whom It May Concern:

I, Shaneil Garcia am writing on behalf of Ray Albert. I am an Office
Administrator working towards my real estate license. I've know Ray Albert for five
years now. I recently relocated to Rochester two years ago.

Ray and I shared a friendly relationship between our families for the entire course
of time. There were a few instances when I was unable to pick my children up from
school and he would lend a helping hand to get them. I trust Ray and his family around
my children without question. We have also spent dinner occasions together, specifically
speaking on future business goals. I have spoken to Ray on many accounts discussing
family and friends.

Ray is a very good father who is always focused on his children's education, as
well as his family's well being. Ray has great interpersonal and social skills. He is always
willing to help family and friends in times of need. It is unfortunate that Ray is going
through hard times. I wish him the best and keep him in my prayers. Please feel free to
contact me at work (585) 254-8090 or home (585) 730-5015 with any questions you may
have.

Sincerely,

*Shaneil Garcia*

Shaneil Garcia
Office Administrator

The Honorable Jed S. Rakoff
11/04/2007

United States District Judge

United States District Court

Southern District of New York

500 Pearl Street

New York New York 10077


I am writing to express my concerns and beliefs as to
make known that Raymond Albert is a very good young
man.

I myself have known him for about 23 years and my
family and I all feel the same way, we have seen him
at his best when there were people in need, He has
helped many many people in various situations. Whether
it was helping single mothers to relocate he assisted
in the moving job. And there were times he used to
repair there cars when they could not pay a mechanic,
I even remember him sitting for hours repairing
bicycles for the children in his neighborhood, he has
let people live in his place when they were out in the
cold. He has worked in the construction field for
numerous years, I,m sure that if he were given a
choice he would go right back to work and spend time
with his children.

I'm sure I can go on & on but you're a very busy
Judge, your honor

And we all hope you take these things into
consideration.

I believe he is of good character and given a chance I
believe he will do the right thing.


                    Antonio Castillo

                1863 Greene ave

            Ridgewood NY 11385

        I myself am a Security Consultant for ADT
Security Services

        I have a wife and three children and I am 44
years old.

November 6, 2007

To whom It May Concern:

My name is Jose Torres and I have been working as a private security guard for a jewelry store for the past three and a half years. I have known Mr. Raymond Albert going on three years now. In this time that I have known him he has become a great friend who is honest, trustworthy and dependable. For instance, when I was moving I had no one to help me, Mr. Albert offered to help me with no questions asked, and wanting nothing in return. He helped me from the kindness in his heart. He is the type of person who is willing to lend out a hand to whomever is in need. He is how I would define a good friend, and that is what he has been from day one.

Sincerely,

Mr. Jose Torres.

The Honorable Jed S. Rakoff
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

November 8, 2007

Dear Judge Rakoff,

I, Nicole Sassone, am writing this letter on behalf of Raymond Albert Jr.  I work as a receptionist at a veterinarian office.

In the five years that I have known Raymond, he has always been there for me and my family. Whenever I needed help with anything he was the first to offer help. He was there for me when I went into labor, drove me to the hospital and waited with me until my fiance' got to the hospital.  Raymond is very family- oriented. He is always there for his children who he loves very much.

Sincerely,

Nicole Sassone

November 3, 2007

Respectfully to your Honor Judge,

Good morning, How are you today?.
I am Carol Albert, mother of Raymond.
As a mom, I always want the best
in my children. Ray has made
wrong choices at times, but I don't
feel he's a menace to society. He's
a good person, has a good heart
and is always willing to extend
himself to everyone. Whether it's
for family, friends or anyone who
ask's. He is also a good father
to his children and works hard
to support them.

I hope and pray for the best
in the circumstance facing him now.

Sincerely,
Carol Albert

# MS. JANET BABECKI

179 BEACH 96TH STREET
Rockaway Park, New York 11694
718-474-6909

November 5, 2007

The Honorable Jed S. Rakoff
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Respected Honorable Judge Rakoff

My name is Janet Babecki , I am an Accountant by trade and am currently employed in waitstaffing. I am Raymond Albert's aunt, the youngest sister to his mother. I've known Raymond since I was eleven when he was born. I think of myself as his mother's little helper as I lived with my sister (his mother) at that time. I grew up with him, taking care of him and his other siblings of which he is the oldest son of seven. He was always helpful and responsible. As he grew up I watched him become his mother's helper, a protector to his sisters, his younger brother and a caring son to his father. He is always doing favors for people and he always offers to do side work painting, moving, fixing things, babysitting just to name a few, he has helped me many times and is always there for me when I need him even if it's just to talk, he's really good hearted, funny and great to be with. He has children of his own now and is very attentive to them, he brings them to visit me and it always seems like he's with them or at least one of them.

Respectfully, Yours Truly

Janet Babecki

November 7, 2007

In reference to Raymond Albert,


Dear: Honorable Judge Jed S. Rakoff



My name is Amanda Albert, I'm currently unemployed at this time, but in the process of obtaining employment. I'm the youngest sister to Raymond Albert. The way I feel about my brother I know him and been around him all my life. He is a very kind, caring, honest and respectful person. He helps me a lot with my two year old daughter. He baby sits for me so I can find a job. My daughter loves him and loves to be around him. He is always helping people with things like moving, painting and fixing things in the house. He helps his father when he is not feeling well he takes him to doctor's appointments and goes grocery shopping for him. He helps his mother a lot to. I not only consider Raymond as a brother, I consider him a friend as well.


THANK YOU
SINCERELY


AMANDA ALBERT

Dear Judge Rakoff,

My name is Jessica Rivera. I work as a part-time babysitter. I am a full time mom. I have known Raymond Albert for 6 years now. He is my best friend Doris Feliciano Boyfriend. Raymond is an intelligent and responsible man. When I met Raymond I was a single parent raising my kids on my own. He would always make sure my kids got to school if I needed his help. There were times when I didn't have food in the house and he would come thru with food for us. There were also times when I couldn't make it to pick up my kids at school because I was babysitting and Raymond would give out a helping hand and pick them up. Raymond has a heart of gold. I didn't have my family here to help me. I love Raymond like an older brother. He has been a great to my kids and me. Raymond Albert is a good man. He is very helpful to his parents as well. He comes from a great loving family. He always helps his parents and family and people he doesn't even know. Before this happened to him I used to see him a lot. I have known Raymond to be a good father to his 3 children. He hasn't spent much time with them now due to the situation he is in. But he always speaks to them on the phone and sees them every now and then. He is a family man. Please consider this letter in my behalf it would be greatly appreciated.

Jessica Rivera

Dear Judge Rakoff,

My name is Stephanie Esquilin. I work at LSG Sky chefs I am a food Inspector. I currently know Raymond Albert through my cousin Doris Feliciano that is his girlfriend. I met him about a year ago he is a very respectable and loyal person. Our family loves him greatly. He has been a great help to my grandma Lillian Feliciano being that she's 72 yrs. old and which has serious medical conditions. Raymond Albert is a good man. He is very helpful to his parents as well he used to always make sure they ate and made sure they went to their doctors appointment before this happened to him. There have been times when we have needed help and he was there. There were times when I was having problems at home and needed a place to stay and he would let me stay at his place.   As for what I have seen he also has 3 wonderful children that he loves and takes care of. He is a family man as well he helps my cousin Doris Feliciano a whole lot. He has been a lifesaver also. There was one time my two cousins; his sister and I had gone out on our way home. There was this guy drinking and driving he was driving so fast that he made a wide left turn onto a avenue we were approaching and crashed right into a lamppost. He hit this lamppost so hard we thought the guy was dead. Raymond Albert pulled over to help this man. He pulled him out the car because it looked like the car was going to catch on fire. This man was bleeding out of everywhere. We called 911 so that someone could help this man. Raymond waited for the ambulance to come before he left this man alone. Raymond is a very helpful to others and my family, especially when my grandma needs him. I hope you will consider this letter in my behalf of my family and me. We dearly do love him and feel that he is not a menace to society.

If you have any other questions please feel free to reach us at

718-213-6670.

Stephanie Esquilin

&

Feliciano Family

Dear Judge Rakoff,

My name is Theresa Defranceso .I work at Old Country Deli and Restaurant. I'm a counter person. I have known Raymond Albert for 8 years now. Raymond is a very smart and respectable man. My family loves Raymond dearly. He has been a great help to my family and me. Raymond Albert is a good man. He is very helpful to his parents as well. From what I remember he always helped his parents out due to their medical conditions. He would always come into the deli and buy food for his family and children.

He would always yell my name Terry how you doing, how is your leg are you doing better now. He was always concerned with what happens to me. Before this happened to him I used to see him a lot. There have been times when we have needed help and he was there. There were times when I was having car problems and he would always give me a boost or fix my car. For as long as I have known him I have known him to be a fantastic father to his 3 children. He is a family man. Raymond is a very helpful to others and my family. Please consider this letter in my behalf of my family and me. Raymond is a good man he wouldn't hurt anyone he has a very good heart.

If you have any other questions please feel free to reach me at

Home- 718-456-7535

Job- 718-366-1400

Cell- 917-337-8221